DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ATUL PATEL, RANJAN PATEL,** husband and wife, and **ATUL & RANJAN FAMILY TRUST,**
Appellants,

v.

**PENINSULA BOYNTON PROPERTY, LLC,** a Florida corporation, **PRACTICAL ELEMENTS, INC.,** a Florida corporation, **MARK PORDES,** individually, **FEDERICO DRADA,** individually, and **ADAM KAUFMAN,** individually,
Appellees.

No. 4D18-577

[October 4, 2018]

Appeal of non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502017CA003901XXXXMB.

Jeffrey M. Liggio of Liggio Law, West Palm Beach, and Philip M. Burlington of Burlington & Rockenbach, P.A., West Palm Beach, for appellants.

Robert A. Stok and Brian H. McGuire of Stok Folk + Kon, Aventura, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***